UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL INGREDIENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LAND O'LAKES, INC., <br><br> Defendant. | No. 4:07CV888 TIA |

## **O R D E R**

This matter is pending before the undersigned pursuant to 28 U.S.C. § 636(c), full consent being received on July 11, 2007. Presently pending is a stipulation for dismissal of the case without prejudice, and

Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation for Order to Dismiss (Doc. #11–dated 7/9/2007) be **GRANTED.**

**IT IS FURTHER ORDERED** that this case be dismissed without prejudice, each party to bear its own costs.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this  12th  day of July, 2007.